UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-372-1H(2)
NO. 5:15-CR-372-2H(2)
NO. 5:15-CR-372-3H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| GENESIS LEE WHITTED, Jr. | ) | **(Under Seal)** |
|    a/k/a "Gen" | ) | |
|    a/k/a "Juice Man" | ) | |
| WAYNE DESMOND WHITTED | ) | |
|    a/k/a "Weezy" | ) | |
| JOEL MICHAEL McLAURIN, Jr. | ) | |
|    a/k/a "Knowledge" | ) | |

The Grand Jury charges that:

COUNT ONE
21 U.S.C. § 846
(Conspiracy to Distribute and Possess with
Intent to Distribute Cocaine)

Beginning in or about 2015, the exact date being unknown to the Grand Jury, and continuing up to and including the date of this indictment, in the Eastern District of North Carolina, and elsewhere, GENESIS LEE WHITTED, JR., also known as "Gen," also known as "Juice Man," WAYNE DESMOND WHITTED, also known as "Weezy," and JOEL MICHAEL McLAURIN, JR., also known as "Knowledge," the defendants herein, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, known and

1

unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to GENESIS LEE WHITTED, JR., also known as "Gen," also known as "Juice Man," defendant herein, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to WAYNE WHITTED, also known as "Weezy," defendant herein, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to JOEL MICHAEL MCLAURIN, JR., also known as "Knowledge," defendant herein, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
18 U.S.C. § 924(c)(1)(A)
(Brandishing a Firearm During and In Relation To a Drug Trafficking Crime)

On or about December 2, 2015, in the Eastern District of North Carolina, GENESIS LEE WHITTED, JR., also known as "Gen," also known as "Juice Man," did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846, as alleged in Count One of this Indictment, which is incorporated herein by reference, and said firearm was brandished; all in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(ii).

## COUNT THREE
21 U.S.C. § 841(a)(1)
(Distribution of Cocaine)

On or about November 18, 2015, in the Eastern District of North Carolina, GENESIS LEE WHITTED, JR., also known as "Gen," also known as "Juice Man," defendant herein, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II

3

Case 5:15-cr-00372-M   Document 1   Filed 12/15/15   Page 3 of 6

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
## 18 U.S.C. § 924(c)(1)(A)
## (Possessing a Firearm In Furtherance Of a Drug Trafficking Crime)

On or about November 18, 2015, in the Eastern District of North Carolina, GENESIS LEE WHITTED, JR., also known as "Gen," also known as "Juice Man," defendant herein, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of Cocaine, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Three of this Indictment, which is incorporated herein by reference; all in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(ii).

## ALLEGATIONS OF PRIOR CONVICTIONS

For purposes of Title 21, United States code, sections 841(b) and 851, JOEL MICHAEL McLAURIN, JR., also known as "Knowledge," defendant herein, committed the violations alleged in the Indictment after one (1) or more separate prior convictions for a felony drug offenses as defined in Title 21, United States Code, Section 802(44), had become final.

4

## FORFEITURE NOTICE

The defendants are given notice of the provisions of Title 21 United States Code, Section 853, that all of their interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offense, the defendants shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged, or any property traceable to such property. The Government specifically seeks a money judgment against the defendants for the gross proceeds of Count One, in the amount of at least $2,585.00.

In addition, upon conviction of one or more of the firearm offenses set forth in Counts Two and Four of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in the commission of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

DATE: 12-15-15

THOMAS G. WALKER
United States Attorney

*Scott Lemmon*
_____
BY: SCOTT A. LEMMON
Assistant United States Attorney